# United States District Court
# For The Western District of North Carolina
# Asheville Division

James Lewis Morgan,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          1:09cv416

Gerald Branker,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/17/2012 Order.

                                                Signed: July 17, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court